# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America <br> v. <br> DONALD EUREKA JACKSON | ) <br> ) <br> ) <br> ) Case No: 94-00158-CB <br> ) USM No: <br> ) |
| Date of Original Judgment: 08/04/1995 <br> Date of Previous Amended Judgment: 05/27/2008* <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) <br> Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  235  months **is reduced to**  TIME SERVED  .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**
  *Upon remand from the 11th Circuit Court of Appeals, the Defendant was resentenced to 292 months imprisonment as to count one. On May 27, 2008, the Defendant was granted a reduction in sentence to 235 months.

Except as otherwise provided, all provisions of the judgment dated  5/27/2008  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  12/01/2011            s/Charles R. Butler, Jr.
                                    *Judge's signature*

Effective Date:  12/11/2011          Charles R. Butler, Jr., Senior United States District Judge
  *(if different from order date)*            *Printed name and title*